IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 4:20-cr-40056 |
| | ) | |
| Plaintiff, | ) | |
| | ) | DEFENDANT JONES'S |
| vs. | ) | JOINDER IN CODEFENDANT |
| | ) | MELEGA'S MOTION TO |
| ERIK RICHARD JONES, | ) | CONTINUE  TRIAL AND |
| | **)** | PRETRIAL CONFERENCE |
| | ) | **UN- RESISTED BY THE** |
| | ) | **GOVERNMENT** |
| Defendant. | ) | |

COMES NOW Defendant, ERIK RICHARD JONES, by his attorney Murray W. Bell, P.C., and in support of his Joinder Codefendant Melega's Motion to Continue Trail and Pretrial Conference, U-Resisted by the Government.'

1. This matter is currently set for pre-trial conference on the 3rd day of November 2022 at 10:00 A.m. with trial jury set for the 5th day December 2022.

2. The allegations are significant and require a significant amount of time with the discovery in that there are over a million and a half pages of discovery that has been provided to the Counsel.

3. This Counsel has communicated with Assistant, United States Attorney, John Mehochko who has indicated the Government has no objection to a continuance of the pretrial conference and trial.

4. This Counsel and his Co-Counsel both have sentencing hearings on codefendants before the Honorable Judge, Sara Darrow in Davenport, IA at the same time as the pretrial Confernce is currently set for Pretrial Conference in Peoria, IL.

4. The Defendant's Co-Defendant, Mitchell Allen Melega, has filed a Motion to Continue the Pretrial conference and the Trial.

6.	It is the interests of justice that this matter be continued to allow the defendant's sufficient time to review the discovery to be able to prepare for trial and/or to make decisions on how to proceed.

WHEREFORE the Defendants PRAYS this Court for an Order Continuing the Pretrial Conference and Trial, and for other relief the Court deems appropriate.

Respectfully Submitted

/s/ Murray W. Bell
Murray W. Bell, P.C.
2435 Kimberly Road, Suite 235S
Bettendorf, Iowa 52722
Phone: 563-326-4095
Facsimile: 563-594-5180
mwbell@kirkwoodlaw.com

## Certificate of Service

I hereby certify that on the 2nd day of November 2022, I electronically filed the foregoing with the Clerk of Court Using the ECF system, which will send notification of such filing to the following:

Assistant United States Attorney
John K. Mehochko and
Alyssa Raya

 /s/ Murray W. Bell
Murray W. Bell
Counsel for the Defendant