IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NO.  4:20-cr-40056 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION FOR LEAVE TO |
| | ) | FILE MOTION TO |
| ERIC RICHARD JONES, | ) | WITHDRAW UNDER |
| | ) | SEAL |
| Defendant | ) | |
| . | ) | |

COMES NOW Attorney, Murray W. Bell, P.C., who is CJA Counsel appointed to represent Defendant, ERIC RICHARD JONES, and in support of this Counsel's Motion for Leave to file his Motion to Withdraw Under Seal states as follows:

1.      Counsel for Defendant Jones seeks to withdraw as Counsel for Defendant.

2.      He desires to file the Motion to Withdraw as Counsel for Defendant, Eric Richard Jones, under seal as it contains H.I.P.P.A. protected information about this Counsel.

WHEREFORE Counsel PRAYS this Court for an Order Granting leave to file the Motion to Withdraw under seal and Ex Parte, and for other relief as the Court deems appropriate.

Respectfully Submitted

/s/ Murray W. Bell
Murray W. Bell, P.C.
2435 Kimberly Road, Suite 235S
Bettendorf, Iowa 52722
Phone: 563-326-4095
Facsimile: 563-594-5180
mwbell@kirkwoodlaw.com